SEALED FILED

1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney                    JAN 3 0 2009
3  501 I Street, Suite 10-100
   Sacramento, California  95814        CLERK, U.S. DISTRICT COURT
4  Telephone: (916) 554-2770            EASTERN DISTRICT OF CALIFORNIA
                                        BY _____
5                                              DEPUTY CLERK

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN RE: CRIMINAL COMPLAINT      )      SEALING ORDER
                                   )
12                                 )      2: 0 9 - MJ - 0 0 3 9 EFB
                                   )
13  _____)

14

15       Upon application of the United States of America and good cause

16  having been shown,

17       IT IS HEREBY ORDERED that the documents filed in the above-

18  captioned matter by and are hereby ordered sealed until first

19  arrest, except for copies for use by the United States.

20  DATED: January 30, 2009

21

22

23

24              HONORABLE EDMUND F. BRENNAN
                U.S. MAGISTRATE JUDGE

25

26

27

28