FILED

February 6, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.  2:09-mj-39 EFB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Sebastian Maldonado, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Sebastian Maldonado   Case 2:09-mj-39 EFB

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $25,000 co-signed by Ms. Cain

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    X    (Other) Probation conditions/supervision; defendant ordered to
complete inpatient treatment at The Effort; Defendant to be released
to Pretrial Services on 2/9/09 at 8:30 am.

Issued at  Sacramento, CA   on 2/6/09      at  11:30 a.m.

By _____

Kimberly J. Mueller,
United States Magistrate Judge