DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEBASTIAN MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-MJ-0039 EFB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING PRELIMINARY HEARING** |
| ) | |
| SEBASTIAN MALDONADO, ) | Date: April 29, 2009 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: Hon. Dale A. Drozd |
| ) | |
| _____ ) | |

The parties (defendant Sebastian Maldonado and plaintiff, United States of America) hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for April 8, 2009, to April 29, 2009, at 2:00 p.m.

The parties have expressed interest in reaching a pre-indictment resolution of the pending charges. The parties further agree that the above reasons constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that time within which the indictment must be filed should be extended to April

/ / /

/ / /

29, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: April 7, 2009  /s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for SEBASTIAN MALDONADO


LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 7, 2009  /s/ Lauren Cusick for Todd Leras
TODD LERAS
Assistant U.S. Attorney

# **O R D E R**

The preliminary hearing is continued to April 29, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

DATED: April 7, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/maldonado0039.stipord

Stip. & O. Continuing Prelim.    -2-