```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr. #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  SEBASTIAN MALDONADO
 7
```

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,      ) No. 09-mj-39 EFB
   |                                )
11 |           Plaintiff,           ) **STIPULATION AND ORDER**
   |                                ) **TO CONTINUE PRELIMINARY HEARING**
12 |      v.                        )
   |                                ) Date:  June 10, 2009
13 | SEBASTIAN ANTHONY MALDONADO,   ) Time:  2:00 p.m.
   |                                ) Judge: Hon. Kimberly J. Mueller
14 |           Defendant.           )
   |                                )
15 | _____)

16      The parties hereby stipulate through respective counsel and
17 request that the Court continue the preliminary hearing scheduled for
18 June 10, 2009, at 2:00 p.m., to July 15, 2009, at 2:00 p.m.
19      The parties have expressed interest in reaching a preindictment
20 resolution of the pending charges.  The parties agree that the above
21 reason constitutes good cause to extend the time for preliminary
22 hearing under Fed. R. Crim. P. 5.1, and that the Court should extend
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

Stipulation And [Proposed] Order           1                    09-mj-39 EFB

1  the time within which the government must file an indictment to July
2  15, 2009.  See 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4].
3                                  Respectfully submitted,
4  Dated: June 9, 2009             DANIEL J. BRODERICK
                                   Federal Defender
5
                                   /s/ M.Petrik
6  _____
                                   MICHAEL PETRIK, Jr.
7                                  Assistant Federal Defender
8
9  Dated: June 9, 2009             LAWRENCE G. BROWN
                                   Acting United States Attorney
10
                                   /s/ M.Petrik for Todd D. Leras
11 _____
                                   TODD D. LERAS
12                                 Assistant U.S. Attorney
13
14                           **O R D E R**
15     Upon finding good cause, the Court orders the preliminary hearing
16 continued to July 15, 2009, at 2:00 p.m., and time excluded as set forth
17 above for the reasons set forth above.
18     IT IS SO ORDERED.
19 Dated: June 10, 2009.

                                   _____
                                   U.S. MAGISTRATE JUDGE