```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr. #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  SEBASTIAN MALDONADO

7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-mj-39 EFB |
| Plaintiff, | **STIPULATION AND ORDER** |
| | **TO CONTINUE PRELIMINARY HEARING** |
| v. | |
| | Date: July 15, 2009 |
| SEBASTIAN ANTHONY MALDONADO, | Time: 2:00 p.m. |
| | Judge: Hon. Edmund F. Brennan |
| Defendant. | |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for July 15, 2009, at 2:00 p.m., to August 26, 2009, at 2:00 p.m., before the Hon. Dale A. Drozd.

The parties have expressed interest in reaching a preindictment resolution of the pending charges. The parties agree that the above reason constitutes good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation And Order                 1                 09-mj-39 EFB

1  the time within which the government must file an indictment to August
2  26, 2009.  See 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4].

                                        Respectfully submitted,

Dated: July 14, 2009                    DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender


Dated: July 14, 2009                    LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ M.Petrik for Todd D. Leras
                                        _____
                                        TODD D. LERAS
                                        Assistant U.S. Attorney


**O R D E R**

Upon finding good cause, the Court orders the preliminary hearing continued to August 26, 2009, at 2:00 p.m., before the Hon. Dale A. Drozd, and time excluded as set forth above for the reasons set forth above.

IT IS SO ORDERED.

Dated: July 14, 2009                    EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE