DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr. #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SEBASTIAN MALDONADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 09-mj-39 EFB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE PRELIMINARY HEARING** |
| v. | ) | |
| | ) | Date:  September 30, 2009 |
| SEBASTIAN ANTHONY MALDONADO, | ) | Time:  2:00 p.m. |
| | ) | Judge: Hon. Gregory G. Hollows |
| Defendant. | ) | |
| | ) | |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for September 30, 2009, at 2:00 p.m., to October 27, 2009, at 2:00 p.m., before the Hon. Kimberly J. Mueller.

The parties have expressed interest in reaching a preindictment resolution of the pending charges.  The parties agree that the above reason constitutes good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation And [Proposed] Order                    1                    09-mj-39 EFB

1    the time within which the government must file an indictment to October

2    27, 2009.  See 18 U.S.C. § 3161(h)(7)(A) and (B) [Local Code T4].

3                              Respectfully submitted,

4    Dated: September 29, 2009        DANIEL J. BRODERICK
                                      Federal Defender
5
                                      /s/ M.Petrik
6    _____

7                                     MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
8

9    Dated: September 29, 2009        LAWRENCE G. BROWN
                                      United States Attorney
10
                                      /s/ M.Petrik for Todd D. Leras
11   _____

12                                    TODD D. LERAS
                                      Assistant U.S. Attorney
13

14                            **O R D E R**

15        Upon finding good cause, the Court orders the preliminary hearing

16   continued to October 27, 2009, at 2:00 p.m., before the Hon. Kimberly

17   J. Mueller, and time excluded as set forth above for the reasons set

18   forth above.

19        IT IS SO ORDERED.

20

21   Dated: September 30, 2009            /s/ Gregory G. Hollows

22                                     _____
                                       HON. GREGORY G. HOLLOWS
23                                        United States Magistrate Judge

24   maldonado.ph

25

26

27

28   Stipulation And [Proposed] Order        2              09-mj-39 EFB