```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr. #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  SEBASTIAN MALDONADO
 7
```

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. 09-mj-39 EFB |
|                                  ) | |
|            Plaintiff,            ) | **STIPULATION AND ORDER** |
|                                  ) | **TO CONTINUE PRELIMINARY HEARING** |
|       v.                         ) | |
|                                  ) | Date:  October 27, 2009 |
| SEBASTIAN ANTHONY MALDONADO,     ) | Time:  2:00 p.m. |
|                                  ) | Judge: Hon. Kimberly J. Mueller |
|            Defendant.            ) | |
|                                  ) | |
| _____ ) | |

16    The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for October 27, 2009, at 2:00 p.m., to December 1, 2009, at 2:00 p.m., before the Hon. Edmund F. Brennan.

    The parties have expressed interest in reaching a preindictment resolution of the pending charges. In addition, counsel for Mr. Maldonado requires more time to review a proposed information and a proposed plea agreement with Mr. Maldonado.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 The parties agree that the above reasons constitute good cause to
2 extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and
3 that the Court should extend the time within which the government must
4 file an indictment to December 1, 2009.  See 18 U.S.C. § 3161(h)(7)(A)
5 and (B) [Local Code T4].

Respectfully submitted,

Dated: October 26, 2009        DANIEL J. BRODERICK
                               Federal Defender

                               /s/ M.Petrik
                               _____
                               MICHAEL PETRIK, Jr.
                               Assistant Federal Defender


Dated: October 26, 2009        LAWRENCE G. BROWN
                               United States Attorney

                               /s/ M.Petrik for Todd D. Leras
                               _____
                               TODD D. LERAS
                               Assistant U.S. Attorney


**O R D E R**

Upon finding good cause, the Court orders the preliminary hearing continued to December 1, 2009, at 2:00 p.m., before the Hon. Edmund F. Brennan, and time excluded as set forth above for the reasons set forth above.

IT IS SO ORDERED.

Dated: October 26, 2009

_____
U.S. MAGISTRATE JUDGE