```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr. #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SEBASTIAN MALDONADO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-mj-39 EFB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE PRELIMINARY HEARING** |
| v. | ) |
| | ) Date: January 27, 2010 |
| SEBASTIAN ANTHONY MALDONADO, | ) Time: 2:00 p.m. |
| | ) Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for January 27, 2010, at 2:00 p.m., to February 10, 2010, at 2:00 p.m., before the Hon. Gregory G. Hollows.

The parties have expressed interest in reaching a preindictment resolution of the pending charges. In addition, counsel for Mr. Maldonado requires more time to review a proposed information and a proposed plea agreement with Mr. Maldonado.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    The parties agree that the above reasons constitute good cause to
2 extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and
3 that the Court should extend the time within which the government must
4 file an indictment to February 10, 2010.  See 18 U.S.C. § 3161(h)(7)(A)
5 and (B) [Local Code T4].

```
                                        Respectfully submitted,

Dated: January 26, 2010                 DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender


Dated: January 26, 2010                 BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for Todd D. Leras
                                        _____
                                        TODD D. LERAS
                                        Assistant U.S. Attorney
```

**O R D E R**

Upon finding good cause, the Court orders the preliminary hearing continued to February 10, 2010, at 2:00 p.m., before the duty Magistrate Judge sitting that day, and time excluded as set forth above for the reasons set forth above.

IT IS SO ORDERED.

Dated: January 26, 2010.

_____
U.S. MAGISTRATE JUDGE

2