```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr. #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  SEBASTIAN MALDONADO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-mj-39 EFB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE PRELIMINARY HEARING** |
| v. | ) |
| | ) Date: February 10, 2010 |
| SEBASTIAN ANTHONY MALDONADO, | ) Time: 2:00 p.m. |
| | ) Judge: Hon. Gregory G. Hollows |
| Defendant. | ) |
| _____ | ) |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for February 10, 2010, at 2:00 p.m., to February 25, 2010, at 2:00 p.m., before the Hon. Kendall J. Newman.

The parties have expressed interest in reaching a preindictment resolution of the pending charges. In addition, counsel for Mr. Maldonado requires more time to review a proposed information and a proposed plea agreement with Mr. Maldonado.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  The parties agree that the above reasons constitute good cause to
2  extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and
3  that the Court should extend the time within which the government must
4  file an indictment to February 25, 2010.  <u>See</u> 18 U.S.C. § 3161(h)(7)(A)
5  and (B) [Local Code T4].

```
                                        Respectfully submitted,

Dated: February 9, 2010                 DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender


Dated: February 9, 2010                 BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for Todd D. Leras
                                        _____
                                        TODD D. LERAS
                                        Assistant U.S. Attorney
```

**O R D E R**

Upon finding good cause, the Court orders the preliminary hearing continued to February 25, 2010, at 2:00 p.m., before the Hon. Kendall J. Newman, and time excluded as set forth above for the reasons set forth above.

IT IS SO ORDERED.

```
Dated: February 10, 2010
                                         /s/ Gregory G. Hollows
                                        _____
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge
maldonado.ord
```

2