```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr. #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  SEBASTIAN MALDONADO
 7
```

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,     ) No. 2:09-mj-00039 EFB
                                  )
11            Plaintiff,          ) STIPULATION AND ORDER
                                  ) TO CONTINUE PRELIMINARY HEARING
12       v.                       )
                                  ) Date: February 25, 2010
13  SEBASTIAN ANTHONY MALDONADO,  ) Time: 2:00 p.m.
                                  ) Judge: Hon. Kendall J. Newman
14            Defendant.          )
                                  )
15  _____ )
```

16     The parties hereby stipulate and request that the Court continue
17  the preliminary hearing scheduled for February 25, 2010, at 2:00 p.m.,
18  to April 1, 2010, at 2:00 p.m., before the Hon. Kimberly J. Mueller.
19     The parties have expressed interest in reaching a preindictment
20  resolution of the pending charges.  In addition, counsel for Mr.
21  Maldonado requires time to review a proposed information and a proposed
22  plea agreement with Mr. Maldonado.
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /

                                    1

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to April 1, 2010.  See 18 U.S.C. § 3161(h)(7)(A) and (B) [Local Code T4].

Respectfully submitted,

Dated: February 24, 2010  DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: February 24, 2010  BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Todd D. Leras
_____
TODD D. LERAS
Assistant U.S. Attorney

**O R D E R**

Upon finding good cause, the Court orders the preliminary hearing set for February 25, 2010 before the Hon. Kendall J. Newman continued to April 1, 2010, at 2:00 p.m., before the Hon. Kimberly J. Mueller, and time excluded as set forth above for the reasons set forth above.

IT IS SO ORDERED.

Dated: February 24, 2010  /s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge

2