1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr. #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  SEBASTIAN MALDONADO

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,       ) No. 09-mj-39 EFB
                                   )
11         Plaintiff,              ) **STIPULATION AND ORDER**
                                   ) **TO CONTINUE PRELIMINARY HEARING**
12     v.                          )
                                   ) Date:  April 1, 2010
13 SEBASTIAN ANTHONY MALDONADO,    ) Time:  2:00 p.m.
                                   ) Judge: Hon. Kimberly J. Mueller
14         Defendant.              )
                                   )
15 _____ )

16     The parties hereby stipulate and request that the Court continue
17 the preliminary hearing scheduled for April 1, 2010, at 2:00 p.m., to
18 April 8, 2010, at 2:00 p.m., before the Hon. Kimberly J. Mueller.
19     The parties have expressed interest in reaching a preindictment
20 resolution of the pending charges.  In addition, counsel for Mr.
21 Maldonado requires time to review a proposed information and a proposed
22 plea agreement with Mr. Maldonado.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28
                                   1

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to April 8, 2010. See 18 U.S.C. § 3161(h)(7)(A) and (B) [Local Code T4].

Respectfully submitted,

Dated: March 31, 2010

DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: March 31, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Todd D. Leras
_____
TODD D. LERAS
Assistant U.S. Attorney

**O R D E R**

Upon finding good cause, the Court orders the preliminary hearing continued to April 8, 2010, at 2:00 p.m., before the Hon. Kimberly J. Mueller, and time excluded as set forth above for the reasons set forth above.

IT IS SO ORDERED.

Dated: March 31, 2010.

_____
U.S. MAGISTRATE JUDGE

2