```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEBASTIAN ANTHONY MALDONADO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-134 WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~ ORDER] TO CONTINUE STATUS CONFERENCE TO July 26, 2010 |
| SEBASTIAN ANTHONY MALDONADO, ) | |
| Defendant. ) | Date: June 14, 2010<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Maldonado, that the Court vacate the status conference scheduled for June 14, 2010, at 8:30 a.m., and reset it for July 26, 2010, at 8:30 a.m.

Counsel requires the continuance in order to review a proposed plea agreement with Mr. Maldonado.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through July 26, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

Stipulation and Order                                                        10-134 WBS

1

1  parties stipulate that the ends of justice served by granting Mr.
2  Maldonado's request for a continuance outweigh the best interest of the
3  public and Mr. Maldonado in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the meaning
5  of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

7  Dated: June 9, 2010                  Respectfully submitted,
8                                       DANIEL BRODERICK
                                        Federal Defender
9
                                        /s/ M. Petrik
10                                      _____
                                        MICHAEL PETRIK, Jr.
11                                      Assistant Federal Defender
                                        Attorneys for Defendant
12
13 Dated: June 9, 2010                  BENJAMIN B. WAGNER
                                        United States Attorney
14
                                        /s/ M. Petrik for Todd D. Leras
15                                      _____
                                        TODD D. LERAS
16                                      Assistant U.S. Attorney

18                                   **ORDER**

19     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
20 this order through the status conference on July 26, 2010, pursuant to 18
21 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

23 DATED: June 9, 2010

24                          _____
25                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE

28 Stipulation and Order                                        10-134 WBS
                                     2