DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SEBASTIAN ANTHONY MALDONADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-134 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE TO |
| ) | AUGUST 30, 2010 |
| SEBASTIAN ANTHONY MALDONADO, ) | |
| ) | Date:  July 26, 2010 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Maldonado, that the Court vacate the status conference scheduled for July 26, 2010, at 8:30 a.m., and reset it for August 30, 2010, at 8:30 a.m.

    Counsel requires the continuance in order to review a proposed plea agreement with Mr. Maldonado.

    It is further stipulated by the parties that the Court should exclude the period from the date of this order through August 30, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

Stipulation and [Proposed] Order                                              10-134 WBS

1

1  parties stipulate that the ends of justice served by granting Mr.
2  Maldonado's request for a continuance outweigh the best interest of the
3  public and Mr. Maldonado in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

6  Dated: July 19, 2010                    Respectfully submitted,

7                                          DANIEL BRODERICK
                                           Federal Defender
8
                                           /s/ M. Petrik
9                                          _____
                                           MICHAEL PETRIK, Jr.
10                                         Assistant Federal Defender
                                           Attorneys for Defendant
11

12 Dated: July 19, 2010                    BENJAMIN B. WAGNER
                                           United States Attorney
13
                                           /s/ M. Petrik for Todd D. Leras
14                                         _____
                                           TODD D. LERAS
15                                         Assistant U.S. Attorney

16

17                                  **ORDER**

18     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
19 this order through the status conference on August 30, 2010, pursuant
20 to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

21

22 DATED:  July 20, 2010

23                          _____
                            WILLIAM B. SHUBB
24                          UNITED STATES DISTRICT JUDGE

25

26

27

28 Stipulation and [Proposed] Order                              10-134 WBS
                                    2