1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   SEBASTIAN ANTHONY MALDONADO
6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) Case No. 10-134 WBS
                                  )
11               Plaintiff,       )
                                  ) STIPULATION AND ORDER TO CONTINUE
12      v.                        ) STATUS CONFERENCE TO OCTOBER 18,
                                  ) 2010
13 SEBASTIAN ANTHONY MALDONADO,   )
                                  ) Date:  August 30, 2010
14               Defendant.       ) Time:  8:30 a.m.
                                  ) Judge: Hon. William B. Shubb
15 _____)

16      IT IS HEREBY STIPULATED by the parties, through counsel, Todd D.

17 Leras, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Maldonado, that the Court vacate the status conference

19 scheduled for August 30, 2010, at 8:30 a.m., and reset it for October

20 18, 2010, at 8:30 a.m.

21      Counsel requires the continuance in order to review a proposed

22 plea agreement with Mr. Maldonado.

23      It is further stipulated by the parties that the Court should

24 exclude the period from the date of this order through October 18,

25 2010, when it computes the time within which the trial of the above

26 criminal prosecution must commence for purposes of the Speedy Trial

27

28                                   1

1   Act.   The parties stipulate that the ends of justice served by granting

2   Mr. Maldonado's request for a continuance outweigh the best interest of

3   the public and Mr. Maldonado in a speedy trial, and that this is an

4   appropriate exclusion of time for defense preparation within the

5   meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

6   Dated: August 27, 2010                    Respectfully submitted,

7                                             DANIEL BRODERICK
                                              Federal Defender
8
                                              /s/ M. Petrik
9                                             _____
                                              MICHAEL PETRIK, Jr.
10                                            Assistant Federal Defender
                                              Attorneys for Defendant
11

12   Dated: August 27, 2010                   BENJAMIN B. WAGNER
                                              United States Attorney
13
                                              /s/ M. Petrik for Todd D. Leras
14                                            _____
                                              TODD D. LERAS
15                                            Assistant U.S. Attorney

16

17                                  **ORDER**

18       **IT IS SO ORDERED.**   The Court orders time excluded from the date of

19   this order through the status conference on October 18, 2010, pursuant

20   to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

21

22   DATED:   August 27, 2010

23                              _____
                               WILLIAM B. SHUBB
24                             UNITED STATES DISTRICT JUDGE

25

26

27

28                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28