```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SEBASTIAN ANTHONY MALDONADO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SEBASTIAN ANTHONY MALDONADO,<br><br>　　　　　　　Defendant. | Case No. 10-134 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 8, 2010<br><br>Date:　October 18, 2010<br>Time:　8:30 a.m.<br>Judge: Hon. William B. Shubb |

　　　IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Maldonado, that the Court vacate the status conference scheduled for October 18, 2010, at 8:30 a.m., and reset it for November 8, 2010, at 8:30 a.m.

　　　Counsel requires the continuance in order to review a proposed plea agreement with Mr. Maldonado.

　　　It is further stipulated by the parties that the Court should exclude the period from the date of this order through November 8, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial

Stipulation and [Proposed] Order　　　　　　　　　　　　　　　　　　　　　　　　10-134 WBS

1

Act.  The parties stipulate that the ends of justice served by granting Mr. Maldonado's request for a continuance outweigh the best interest of the public and Mr. Maldonado in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: October 13, 2010                    Respectfully submitted,

                                           DANIEL BRODERICK
                                           Federal Defender

                                           /s/ M. Petrik
                                           _____
                                           MICHAEL PETRIK, Jr.
                                           Assistant Federal Defender
                                           Attorneys for Defendant

Dated: October 13, 2010                    BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ M. Petrik for Todd D. Leras
                                           _____
                                           TODD D. LERAS
                                           Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on November 8, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED:  October 13, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order                                    10-134 WBS

2