**FILED**

OCT 1 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S-10-0134-WBS |
| Plaintiff, | |
| vs. | DETENTION ORDER |
| SEBASTIAN ANTHONY MALDONADO, | (Violation of Pretrial Release, Probation or Supervised Release) |
| Defendant. | |

✗ After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

___ There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community or

✗ There is clear and convincing evidence that the defendant has violated another condition of release and

___ based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or

✗ the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

___ Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community.

1    IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the
2 custody of the Attorney General for confinement in a corrections facility separate, to the extent
practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
3 The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
Upon further order of a court of the United States or request of an attorney for the United States the
4 person in charge of the corrections facility in which defendant is confined shall deliver defendant
to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6
Dated:  10-13-2010
7
                                           EDMUND F. BRENNAN,
8                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26