```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SEBASTIAN ANTHONY MALDONADO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN ANTHONY MALDONADO,<br><br>Defendant.<br>_____ | Case No. 10-134 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 13, 2010<br><br>Date:  November 8, 2010<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Maldonado, that the Court vacate the status conference scheduled for November 8, 2010, at 8:30 a.m., and reset it for December 13, 2010, at 8:30 a.m.

Counsel requires the continuance to review a proposed plea agreement with Mr. Maldonado, and to negotiate further with the government.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through December 13, 2010, when it computes the time within which the trial of the above

Stipulation and [Proposed] Order                                                        10-134 WBS

1

criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Maldonado's request for a continuance outweigh the best interest of the public and Mr. Maldonado in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: November 4, 2010         Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M. Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender
                                Attorneys for Defendant

Dated: November 4, 2010         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M. Petrik for Todd D. Leras
                                _____
                                TODD D. LERAS
                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on December 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED:  November 5, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE