```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    SEBASTIAN ANTHONY MALDONADO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10-134 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
|  | ) TO CONTINUE STATUS CONFERENCE TO |
| v. | ) JANUARY 18, 2011, AT 8:30 A.M. |
| SEBASTIAN ANTHONY MALDONADO, | ) Date: December 13, 2010 |
|  | ) Time: 8:30 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

    IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Maldonado, that the Court vacate the status conference scheduled for December 13, 2010, at 8:30 a.m., and reset it for January 18, 2011, at 8:30 a.m.

    Counsel requires the continuance to review a proposed plea agreement with Mr. Maldonado.

    It is further stipulated by the parties that the Court should exclude the period from the date of this order through January 18, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial

Stipulation and [Proposed] Order      10-134 WBS

1

1 Act.  The parties stipulate that the ends of justice served by granting
2 Mr. Maldonado's request for a continuance outweigh the best interest of
3 the public and Mr. Maldonado in a speedy trial, and that this is an
4 appropriate exclusion of time for defense preparation within the
5 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

6 Dated: December 9, 2010           Respectfully submitted,

7                                   DANIEL BRODERICK
                                    Federal Defender
8
                                    /s/ M.Petrik
9                                   _____
                                    MICHAEL PETRIK, Jr.
10                                  Assistant Federal Defender
                                    Attorneys for Defendant
11

12 Dated: December 9, 2010           BENJAMIN B. WAGNER
                                    United States Attorney
13
                                    /s/ M.Petrik for Todd D. Leras
14                                  _____
                                    TODD D. LERAS
15                                  Assistant U.S. Attorney

16

17                               **ORDER**

18    **IT IS SO ORDERED.**  The Court orders time excluded from the date of
19 this order through the status conference on January 18, 2011, pursuant
20 to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).  The status
21 conference scheduled for December 13, 2010, at 8:30 a.m., is reset for
22 January 18, 2011, at 8:30 a.m.

23

24

25 DATED:  December 9, 2010

26

27

28 Stipulation and [Proposed] Order                              10-134 WBS
                                    2

1
2         _____
          WILLIAM B. SHUBB
3         UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 Stipulation and [Proposed] Order                                    10-134 WBS

3