DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SEBASTIAN ANTHONY MALDONADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-134 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO CONTINUE STATUS CONFERENCE TO |
| v. ) | FEBRUARY 28, 2011, AT 8:30 A.M. |
| ) | |
| SEBASTIAN ANTHONY MALDONADO, ) | Date:  January 18, 2011 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Maldonado, that the Court vacate the status conference scheduled for January 18, 2011, at 8:30 a.m., and reset it for February 28, 2011, at 8:30 a.m.

Counsel requires the continuance to review a proposed plea agreement with Mr. Maldonado.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through February 28,

Stipulation and [Proposed] Order                                           10-134 WBS

1

2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Maldonado's request for a continuance outweigh the best interest of the public and Mr. Maldonado in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: January 12, 2011              Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ M.Petrik
                                     _____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
                                     Attorneys for Defendant

Dated: January 12, 2011              BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M.Petrik for Todd D. Leras
                                     _____
                                     TODD D. LERAS
                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on February 28, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4). The status conference scheduled for January 18, 2011 is reset for February 28, 2011, at 8:30 a.m.

DATED: January 12, 2011  _____
                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order                              10-134 WBS

2