1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   SEBASTIAN ANTHONY MALDONADO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-134 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 14, 2011, AT 8:30 A.M. |
| v. | |
| SEBASTIAN ANTHONY MALDONADO, | Date: February 28, 2011 |
| | Time: 8:30 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Maldonado, that the Court vacate the status conference scheduled for February 28, 2011, at 8:30 a.m., and reset it for March 14, 2011, at 8:30 a.m.

   Counsel requires the continuance to review a proposed plea agreement with Mr. Maldonado.

   It is further stipulated by the parties that the Court should exclude the period from the date of this order through March 14, 2011,

Stipulation and [Proposed] Order                                    10-134 WBS

1

when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Maldonado's request for a continuance outweigh the best interest of the public and Mr. Maldonado in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: February 25, 2011         Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender
                                 Attorneys for Defendant

Dated: February 25, 2011         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for Todd D. Leras
                                 _____
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on March 14, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4). The status conference scheduled for February 28, 2011 is reset for March 14, 2011, at 8:30 a.m.

DATED:   February 25, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE