```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SEBASTIAN ANTHONY MALDONADO,<br><br>        Defendant. | No. 10-134 WBS<br><br>APPLICATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING TO JULY 25, 2011, AT 8:30 A.M.<br><br>Date:  May 31, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

This matter is before the Court on May 31, 2011, at 8:30 a.m., for sentencing. Counsel for the defense requires a continuance to July 25, 2011, at 8:30 a.m., to prepare for sentencing. Assistant United States Attorney Todd Leras, and United States Probation Officer Brenda Barron-Harrell, have no objection to the defense request to continue the sentencing to July 25, 2011, at 8:30 a.m.

The modified disclosure schedule follows:

Reply Or Statement Of Non-Opposition: . . . . . . . . . July 18, 2011;

Motion For Correction Of The Presentence Report
Filed With The Court And Served On The Probation
Officer And Opposing Counsel No Later Than: . . . . . July 11, 2011;

```
 1  The Presentence Report Filed With The Court And
    Disclosed To Counsel No Later Than:     . . . . . . . . . . July 5, 2011;
 2
 3  Counsel's Written Objections To The Presentence
    Report Delivered To The Probation Officer
 4  And Opposing Counsel No Later Than:     . . . . . . . . . June 27, 2011;
 5  The Proposed Presentence Report due:  . . . . . . . . . June 13, 2011.
 6       Good cause appearing therefor,
 7       **IT IS ORDERED** that this matter be continued from May 31, 2011, at
 8  8:30 a.m., to July 25, 2011, at 8:30 a.m.; and,
 9       **IT IS ORDERED** that the parties adhere to the modified disclosure
10  schedule outlined above.
11
12  Dated:  April 14, 2011
13                      _____
14                      WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE
```

[PROPOSED] ORDER                         2                         10-134 WBS