DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-134 WBS |
| ) | |
| Plaintiff, ) | ORDER FOR RETURN OF COLLATERAL |
| ) | |
| v. ) | Date:  July 25, 2011 |
| ) | Time:  8:30 a.m. |
| SEBASTIAN ANTHONY MALDONADO, ) | Judge: Hon. William B. Shubb |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came before the Court for sentencing on July 25, 2011. The Court sentenced the defendant, and exonerated the bond.

Good cause appearing therefor,

**IT IS ORDERED** that the collateral received as part of the defendant's bond, which is specified in the district court docket sheet as items 9, 10, 11, and 12, be returned to the defendant's grandmother, Margarete Ann Bohrer (SSN xxx-xx-1038).

Dated:  July 26, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER    1    10-134 WBS